UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZANE DOOLEN,

Defendant.
_________________________________/

Hon. Paul L. Maloney

Case No. 1:26-cr-00123

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a two-count indictment. Count 1 charges him with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a)(e); Count 2 charges him with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 24, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has failed to rebut the

presumption of detention regarding danger to the community. The Court alternatively finds, as explained on the record, that the government sustained its burden by clear and convincing evidence that defendant is a danger to the community, and that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 24, 2026.

Date November 24, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge